Form 6-Summary (10/06)

# United States Bankruptcy Court
## District of Delaware

In re    **InSight Health Services Holdings Corp.**                  ,    Case No. **07-10700**

Debtor

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 87,102,870.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 330,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 195,448,053.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 87,102,870.00 | | |
| | | Total Liabilities | | 525,448,053.00 | |

# United States Bankruptcy Court
## District of Delaware

In re    **InSight Health Services Holdings Corp.**
_____
Debtor(s)

Case No.    **07-10700**
_____
Chapter    **11**

## GENERAL NOTES PERTAINING TO SCHEDULES FOR ALL DEBTORS

<u>Schedule G – Executory Contracts</u>.  The Debtors' businesses are complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors reserve and preserve all of their rights, claims and causes of action with respect to (i) the contracts and agreements listed on Schedule G, (ii) any contract or agreement omitted from Schedule G, and (iii) disputing or challenging the characterization of the structure of any transaction, document or instrument set forth on or omitted from Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments/letter agreements, and confidentiality agreements, which may or may not be set forth in Schedule G.  Schedule G may be amended at any time to add any omitted contract or agreement.

Form B6A
(10/05)

In re  **InSight Health Services Holdings Corp.** , Case No. **07-10700**
_____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6B
(10/05)

In re  **InSight Health Services Holdings Corp.**                    ,    Case No. ___07-10700___

_____Debtor_____

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    0.00
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re     **InSight Health Services Holdings Corp.**       ,    Case No.    **07-10700**

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **InSight Health Services Corp. (100%)**<br>**26250 Enterprise Ct., Suite 100**<br>**Lake Forest, CA 92630-8405** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Inter-Company Accounts Receivable**<br>**InSight Health Services Corp.**<br>**26250 Enterprise Ct.**<br>**Suite 100**<br>**Lake Forest, CA 92630-8405** | - | 87,086,961.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Maine Revenue Services**<br>**P.O. Box 1062**<br>**Augusta, ME 04332-1062** | - | 15,909.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **87,102,870.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **InSight Health Services Holdings Corp.**                                    ,    Case No. **07-10700**
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            0.00
(Total of this page)

Total >      87,102,870.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re **InSight Health Services Holdings Corp.** ,    Case No. **07-10700**
_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Advantage Financial Services, LLC** <br>**P.O. Box 609** <br>**Cedar Rapids, IA 52406-0600** | - | | **9/9/2003** <br><br>**One (1) TOS 4560 Copier and One (1) Canon 1330 Copier** <br><br> Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**Advantage Financial Services, LLC** <br>**P.O. Box 609** <br>**Cedar Rapids, IA 52406-0600** | - | | **One (1) Toshiba 4560 Analog Copy System** <br><br> Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. **12572-26521** <br><br>**Bank of America, as Administrative Agent** <br>**300 Galleria Parkway** <br>**Suite 800** <br>**Attn: Loan Administrative Manager** <br>**Atlanta, GA 30339** | - | | **9/22/2005** <br><br>**Amended and Restated Loan and Security Agreement. Accounts, Accounts Receivable and related collateral.** <br> Value $              0.00 | | | | 30,000,000.00 | 0.00 |
| Account No. <br><br>**Minolta Business Solutions** <br>**P.O. Box 728** <br>**Park Ridge, NJ 07656** | - | | **8/28/2003** <br><br>**Lease #659202 - Minolta DI551 Copier** <br><br> Value $              0.00 | | | | 0.00 | 0.00 |
| **1** continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 30,000,000.00 | 0.00 |

Official Form 6D (10/06) - Cont.

In re   **InSight Health Services Holdings Corp.**                                    ,   Case No. **07-10700**
                                                            Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Minolta Business Solutions**<br>**P.O. Box 728**<br>**Park Ridge, NJ 07656** | - | | **Leased Equipment**<br><br><br><br>Value $          **0.00** | | | | 0.00 | 0.00 |
| Account No.<br><br>**U.S. Bank Trust National Association**<br>**Corporate Trust Services**<br>**Attn: James E. Murphy**<br>**100 Wall Street, Suite 1600**<br>**New York, NY 10005** | - | | **7/22/2005**<br><br>**Senior Secured Floating Rate Notes due in 2011. Substantially all of Debtor's personal property (except accounts, accounts receivable and related collateral and certain exempt property).**<br>Value $          **0.00** | | | | 300,000,000.00 | 0.00 |
| Account No.<br><br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **300,000,000.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **330,000,000.00** | **0.00** |

Official Form 6E (4/07)

In re    **InSight Health Services Holdings Corp.**                                            ,    Case No.    **07-10700**
                                                   Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>        0        </u> continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Official Form 6F (10/06)

In re    **InSight Health Services Holdings Corp.** _____ ,    Case No. __**07-10700**__

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **440290** <br><br>**AFCO Premium Acceptance, Inc.** <br>**655 N. Central Ave.** <br>**Suite 1550** <br>**Glendale, CA 91203** | X | - | | | **Insurance Premium Financing** | | | | **948,053.00** |
| Account No. <br><br>**Law Debenture Trust Company of New York** <br>**Attn: Patrick Healy** <br>**400 Madison Avenue** <br>**4th Floor** <br>**New York, NY 10017** | X | - | | | **9 7/8% Senior Subordinated Notes Due 2011** <br><br>**\* Amount of claim does not include unpaid accrued interest, fees and expenses.** | | | | **194,500,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

__0__ continuation sheets attached

|  |  |
|---|---|
| Subtotal <br> (Total of this page) | **195,448,053.00** |
| Total <br> (Report on Summary of Schedules) | **195,448,053.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          S/N:37313-070514    Best Case Bankruptcy

Form B6G
(10/05)

In re  **InSight Health Services Holdings Corp.** ,          Case No. **07-10700**

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **David W. Dupree**<br>**c/o The Halifax Group, L.L.C.**<br>**1133 Connecticut Avenue, N.W.**<br>**Suite 700**<br>**Washington, DC 20036** | **Fourth Amended and Restated Stockholders Agreement** |
| **Halifax Capital Partners, L.P.**<br>**c/o The Halifax Group L.L.C.**<br>**1133 Connecticut Avenue, N.W.**<br>**Suite 700**<br>**Washington, DC 20036** | **Fourth Amended and Restated Stockholders Agreement** |
| **Halifax Genpar, L.P.**<br>**c/o The Halifax Group, L.L.C.**<br>**1133 Connecticut Avenue, N.W.**<br>**Suite 700**<br>**Washington, DC 20036** | **Management Agreement** |
| **J.W. Childs Advisors II, L.P.**<br>**c/o J.W. Childs and Associates, L.P.**<br>**111 Huntington Avenue**<br>**Suite 2900**<br>**Boston, MA 02199** | **Management Agreement** |
| **J.W. Childs Equity Partners II, L.P.**<br>**c/o J.W. Childs Associates, L.P.**<br>**111 Huntington Avenue**<br>**Suite 2900**<br>**Boston, MA 02199** | **Fourth Amended and Restated Stockholders Agreement** |
| **J.W. Childs Equity Partners II, L.P.**<br>**c/o JWC-InSight Co-invest LLC**<br>**111 Huntington Avenue**<br>**Suite 2900**<br>**Boston, MA 02199** | **Management Agreement** |
| **JWC-InSight Co-invest LLC**<br>**c/o J.W. Childs Associates, L.P.**<br>**111 Huntington Avenue**<br>**Suite 2900**<br>**Boston, MA 02199** | **Fourth Amended and Restated Stockholders Agreement** |
| **Michael A. Boylan**<br>**1005 Putters Place**<br>**Doylestown, PA 18901** | **Separation Agreement** |

   1   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **InSight Health Services Holdings Corp.**           ,    Case No.   **07-10700**

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Michael A. Boylan**<br>**1005 Putters Place**<br>**Doylestown, PA 18901** | **Stock Option Agreement** |
| **Michael A. Boylan**<br>**1005 Putters Place**<br>**Doylestown, PA 18901** | **Fourth Amended and Restated Stockholders Agreement** |
| **Michael S. Madler**<br>**9 Santa Isabel**<br>**Rancho Santa Margarita, CA 92688** | **Stock Option Agreement** |
| **Michael S. Madler**<br>**9 Santa Isabel**<br>**Rancho Santa Margarita, CA 92688** | **Fourth Amended and Restated Stockholders Agreement** |
| **PricewaterhouseCoopers LLP**<br>**2020 Main Street**<br>**Suite 400**<br>**Irvine, CA 92614** | **Letter of Engagement (and attached Terms of Engagement to Provide Tax Services)** |
| **Steve Plochocki**<br>**17 Flagstone**<br>**Coto de Caza, CA 92679** | **Stock Option Agreement** |
| **Steve Plochocki**<br>**17 Flagstone**<br>**Coto de Caza, CA 92679** | **Fourth Amended and Restated Stockholders Agreement** |
| **Tina L. Lewis**<br>**P.O. Box 1965**<br>**Bonners Ferry, ID 83805** | **Fourth Amended and Restated Stockholders Agreement** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Insight Health Services Holdings Corp.**                                         Case No.   07-10700
                                        Debtor(s)

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### Attachment A

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Patricia R. Blank<br>22 Regalo<br>Mission Viejo, CA 92692 | Executive Employment Agreement |
| Patricia R. Blank<br> 22 Regalo<br>Mission Viejo, CA 92692 | Stock Option Agreement |
| Patricia R. Blank<br>22 Regalo<br>Mission Viejo, CA 92692 | Fourth Amended & Restated Stockholders Agreement |
| Michael W. Brown<br>24 Eaglepoint<br>Aliso Viejo, CA 92656 | Executive Employment Agreement |
| Michael W. Brown<br>24 Eaglepoint<br>Aliso Viejo, CA 92656 | Stock Option Agreement |
| Michael W. Brown<br>24 Eaglepoint<br>Aliso Viejo, CA 92656 | Fourth Amended & Restated Stockholders Agreement |
| Michael Cannizzaro<br>1531 South Telegraph Rd.<br>Lake Forest, IL 60045 | Stock Option Agreement |
| John P. Crow<br>28492 Rancho Cristiano<br>Laguna Niguel, CA 92677 | Stock Option Agreement |
| John P. Crow<br>28492 Rancho Cristiano<br>Laguna Niguel, CA 92677 | Fourth Amended & Restated Stockholders Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Executive Employment Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Stock Option Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Fourth Amended & Restated Stockholders Agreement |
| Lynne Eastman<br>48 Summer Hill Court<br>Danville, CA 94526 | Executive Employment Agreement |
| Lynne Eastman<br>48 Summer Hill Court<br>Danville, CA 94526 | Stock Option Agreement |
| Lynne Eastman<br>48 Summer Hill Court<br>Danville, CA 94526 | Fourth Amended & Restated Stockholders Agreement |
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Stock Option Agreement |

| | |
|---|---|
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Executive Employment Agreement |
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Fourth Amended & Restated Stockholders Agreement |
| Donald F. Hankus<br>15292 Nantes Circle<br>Irvine, CA  92604 | Stock Option Agreement |
| Donald F. Hankus<br>15292 Nantes Circle<br>Irvine, CA  92604 | Fourth Amended & Restated Stockholders Agreement |
| Donald F. Hankus<br>15292 Nantes Circle<br>Irvine, CA  92604 | Executive Employment Agreement |
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Stock Option Agreement |
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Executive Employment Agreement |
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Fourth Amended & Restated Stockholders Agreement |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Executive Employment Agreement |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Stock Option Agreement |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Fourth Amended & Restated Stockholders Agreement |
| Charles A. Leo<br>438 Cross Creek Road<br>Shavertown, PA 18708 | Stock Option Agreement |
| Charles A. Leo<br>438 Cross Creek Road<br>Shavertown, PA 18708 | Fourth Amended & Restated Stockholders Agreement |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Executive Employment Agreement |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Stock Option Agreement |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Fourth Amended & Restated Stockholders Agreement |
| Suzanne Martin<br>1403 Bellecour Way<br>Lake Forest, CA 92630 | Stock Option Agreement |
| Suzanne Martin<br>1403 Bellecour Way<br>Lake Forest, CA 92630 | Fourth Amended & Restated Stockholders Agreement |
| Robert J. Mentzer<br>5911 Spalding Park Place<br>Norcross, GA 30092 | Stock Option Agreement |

| | |
|---|---|
| Robert J. Mentzer<br>5911 Spalding Park Place<br>Norcross, GA 30092 | Fourth Amended & Restated Stockholders Agreement |
| Bernie J. O'Rourke<br>240 Valley View Drive<br>Wallkill, NY 12589 | Executive Employment Agreement |
| Bernie J. O'Rourke<br>240 Valley View Drive<br>Wallkill, NY 12589 | Stock Option Agreement |
| Bernie J. O'Rourke<br>240 Valley View Drive<br>Wallkill, NY 12589 | Fourth Amended & Restated Stockholders Agreement |
| Stephen T. Randall<br>98 Melissa Drive<br>Yarmouth, ME 04096 | Stock Option Agreement |
| Stephen T. Randall<br>98 Melissa Drive<br>Yarmouth, ME 04096 | Fourth Amended & Restated Stockholders Agreement |
| Donald Salyer<br>8644 Blacksnake Road<br>Utica, OH 43080 | Stock Option Agreement |
| Donald Salyer<br>8644 Blacksnake Road<br>Utica, OH 43080 | Fourth Amended & Restated Stockholders Agreement |
| Kent E. Tuholsky<br>31 Talega<br>Rancho Santa Margarita, CA 92688 | Stock Option Agreement |
| Kent E. Tuholsky<br>31 Talega<br>Rancho Santa Margarita, CA 92688 | Fourth Amended & Restated Stockholders Agreement |
| James M. Varcarolis<br>104 Beulah Park Drive<br>Lafayette, LA 70503 | Stock Option Agreement |
| James M. Varcarolis<br>104 Beulah Park Drive<br>Lafayette, LA 70503 | Fourth Amended & Restated Stockholders Agreement |
| Sylvia A. Wester<br>6846 Pershing<br>Peoria, AZ 85381 | Stock Option Agreement |
| Sylvia A. Wester<br>6846 Pershing<br>Peoria, AZ 85381 | Fourth Amended & Restated Stockholders Agreement |
| Brian W. Woodbury<br>2017 Westbourne Way<br>Alpharetta, GA 30022 | Executive Employment Agreement |
| Brian W. Woodbury<br>2017 Westbourne Way<br>Alpharetta, GA 30022 | Stock Option Agreement |
| Brian W. Woodbury<br>2017 Westbourne Way<br>Alpharetta, GA 30022 | Fourth Amended & Restated Stockholders Agreement |
| Michelle Barrett<br>6630 College Heights Drive<br>Moorpark, CA 93021 | Stock Option Agreement |
| Michelle Barrett<br>6630 College Heights Drive<br>Moorpark, CA 93021 | Fourth Amended & Restated Stockholders Agreement |

| | |
|---|---|
| Darrin Best<br>7447 E. Corrine Road<br>Scottsdale, AZ 85260-4717 | Stock Option Agreement |
| Darrin Best<br>7447 E. Corrine Road<br>Scottsdale, AZ 85260-4717 | Fourth Amended & Restated Stockholders Agreement |
| Gregg Daversa<br>30 Via Gatillo<br>Rancho Santa Margarita, CA 92688 | Stock Option Agreement |
| Gregg Daversa<br>30 Via Gatillo<br>Rancho Santa Margarita, CA 92688 | Fourth Amended & Restated Stockholders Agreement |
| Gary Debley<br>3301 Clay Street<br>Newport Beach, CA 92663 | Stock Option Agreement |
| Gary Debley<br>3301 Clay Street<br>Newport Beach, CA 92663 | Fourth Amended & Restated Stockholders Agreement |
| Christine K. Duarte<br>320 Mira Flores Road<br>Scotts Valley, CA  95066 | Stock Option Agreement |
| Christine K. Duarte<br>320 Mira Flores Road<br>Scotts Valley, CA  95066 | Fourth Amended & Restated Stockholders Agreement |
| Judy Erbstein<br>26 Spring Hill Road<br>Merrimac, MA 01860 | Stock Option Agreement |
| Judy Erbstein<br>26 Spring Hill Road<br>Merrimac, MA 01860 | Fourth Amended & Restated Stockholders Agreement |
| Sharon Fandel<br>343 Mt. Vernon Street<br>Dedham, MA 02026-3322 | Stock Option Agreement |
| Sharon Fandel<br>343 Mt. Vernon Street<br>Dedham, MA 02026-3322 | Fourth Amended & Restated Stockholders Agreement |
| Michael Holmes<br>845 Nob Ridge Drive<br>Marietta, GA 30064 | Stock Option Agreement |
| Michael Holmes<br>845 Nob Ridge Drive<br>Marietta, GA 30064 | Fourth Amended & Restated Stockholders Agreement |
| Tim Mahanna<br>2050 Costero Hermoso<br>San Clemente, CA 92673 | Stock Option Agreement |
| Tim Mahanna<br>2050 Costero Hermoso<br>San Clemente, CA 92673 | Fourth Amended & Restated Stockholders Agreement |
| Norman Nie<br>54 Vista Del Valle<br>Aliso Viejo, CA 92656 | Stock Option Agreement |
| Norman Nie<br>54 Vista Del Valle<br>Aliso Viejo, CA 92656 | Fourth Amended & Restated Stockholders Agreement |
| Libby O'Dell<br>16116 Cache Street<br>Fountain Valley, CA 92708 | Stock Option Agreement |

| | |
|---|---|
| Libby O'Dell<br>16116 Cache Street<br>Fountain Valley, CA 92708 | Fourth Amended & Restated Stockholders Agreement |
| Bryce O. Robinson<br>243 Knoll Lake<br>Mission Viejo, CA 92692 | Stock Option Agreement |
| Bryce O. Robinson<br>243 Knoll Lake<br>Mission Viejo, CA 92692 | Fourth Amended & Restated Stockholders Agreement |
| Jim Ruby<br>P.O. Box 25526<br>Tempe, AZ 85285-5526 | Stock Option Agreement |
| Jim Ruby<br>P.O. Box 25526<br>Tempe, AZ 85285-5526 | Fourth Amended & Restated Stockholders Agreement |

In re    **InSight Health Services Holdings Corp.**                                    Case No.    **07-10700**
                                                    Debtor(s)

### SCHEDULE H. CODEBTORS
**Attachment H**

Comprehensive Medical Imaging-Bakersfield, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Fairfax, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Fremont, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-San Francisco, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Biltmore, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging Centers, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive OPEN MRI-Carmichael/Folsom, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive OPEN MRI-East Mesa, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Comprehensive Open MRI-Garland, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Diagnostic Solutions Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

IMI of Arlington, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

IMI of Kansas City, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Health Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Health Services Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Imaging Services Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Jefferson MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Jefferson MRI-Bala
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Los Gatos Imaging Center
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services of Dallas, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services of North Texas, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Mesa MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Mountain View MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

MRI Associates, L.P.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

NDDC, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Open MRI, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Orange County Regional PET Center-Irvine, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Parkway Imaging Center, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Phoenix Regional PET Center-Thunderbird, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Radiosurgery Centers, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

San Fernando Valley Regional PET Center, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Signal Medical Services, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Syncor Diagnostics Bakersfield, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Syncor Diagnostics Sacramento, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

TME Arizona, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Valencia MRI, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Wilkes-Barre Imaging, L.L.C.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Woodbridge MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## District of Delaware

In re    **InSight Health Services Holdings Corp.**

Debtor(s)

Case No.    **07-10700**

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Mitch C. Hill, the Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**23**__ sheets *[total shown on summary page plus 3)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature    /s/ Mitch C. Hill

Mitch C. Hill
Executive Vice President and Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.