Form 6-Summary (10/06)

# United States Bankruptcy Court
## District of Delaware

In re    **InSight Health Services Corp.**                                     ,    Case No. ___**07-10701**___

Debtor

Chapter                                   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 505,285,296.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 330,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 195,500,934.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 505,285,296.00 | | |
| Total Liabilities | | | | 525,500,934.00 | |

# United States Bankruptcy Court
### District of Delaware

In re  **InSight Health Services Corp.**                                   Case No.  **07-10701**

Debtor(s)                                   Chapter   **11**

## GENERAL NOTES PERTAINING TO SCHEDULES FOR ALL DEBTORS

<u>Schedule G – Executory Contracts</u>.  The Debtors' businesses are complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors reserve and preserve all of their rights, claims and causes of action with respect to (i) the contracts and agreements listed on Schedule G, (ii) any contract or agreement omitted from Schedule G, and (iii) disputing or challenging the characterization of the structure of any transaction, document or instrument set forth on or omitted from Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments/letter agreements, and confidentiality agreements, which may or may not be set forth in Schedule G.  Schedule G may be amended at any time to add any omitted contract or agreement.

Form B6A
(10/05)

In re   **InSight Health Services Corp.**                           ,      Case No.     **07-10701**

_____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

    **0**     continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re **InSight Health Services Corp.**                                         , Case No. **07-10701**

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bond Collateral Account** **Bank of America** **1655 Grant Avenue** **Concord, CA 94520** **Account Number: 12337-05489** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    0.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **InSight Health Services Corp.**                                    ,     Case No. **07-10701**
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **InSight Health Corp. (100%)**<br>**26250 Enterprise Ct., Suite 100**<br>**Lake Forest, CA  92630-8405**<br><br>**Signal Medical Services, Inc. (100%)**<br>**26250 Enterprise Ct., Suite 100**<br>**Lake Forest, CA  92630-8405**<br><br>**Open MRI, Inc. (100%)**<br>**26250 Enterprise Ct., Suite 100**<br>**Lake Forest, CA  92630-8405**<br><br>**Maxum Health Corp. (100%)**<br>**26250 Enterprise Ct., Suite 100**<br>**Lake Forest, CA  92630-8405** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Interest Rate Cap Agreement**<br>**Bank of America, N.A.**<br>**233 South Wacker Drive, Suite 2800**<br>**Chicago, IL  60606** | - | 276,000.00 |
| 16. Accounts receivable. | | **Inter-Company Accounts Receivable**<br>**InSight Health Corp.**<br>**26250 Enterprise Ct.**<br>**Suite 100**<br>**Lake Forest, CA 92630-8405** | - | 496,329,296.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        496,605,296.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **InSight Health Services Corp.**                              ,   Case No. **07-10701**
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See attached Schedule B-22** | - | 8,680,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >   **8,680,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **InSight Health Services Corp.**                                          ,        Case No.   **07-10701**
                                     Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | **505,285,296.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re  **Insight Health Services Corp.**                                    Case No.  **07-10701**

Debtor(s)

## SCHEDULE B. PERSONAL PROPERTY
### Attachment A-Schedule B-22

| Name of Entity Holding the Trademark | Trademark/Service Mark | Value |
|---|---|---|
| InSight Health Services Corp. |  | Unknown |
| InSight Health Services Corp. |  | Unknown |
| InSight Health Services Corp. |  | Unknown |
| InSight Health Services Corp. | **INSIGHT** | $8,680,000.00 |
| InSight Health Services Corp. | INSIGHT IMAGING | Unknown |
| InSight Health Services Corp. |  | Unknown |

Official Form 6D (10/06)

In re     **InSight Health Services Corp.**                                                    Case No.     **07-10701**
_____,
                                   Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No.<br><br>**Advantage Financial Services, LLC**<br>**P.O. Box 609**<br>**Cedar Rapids, IA 52406-0600** | - | | **One (1) Toshiba 2860 Copier System**<br><br>Value $      0.00 | | | | 0.00 | 0.00 |
| Account No. **12572-26521**<br><br>**Bank of America, as Administrative Agent**<br>**300 Galleria Parkway**<br>**Suite 800**<br>**Attn: Loan Administrative Manager**<br>**Atlanta, GA 30339** | - | | 9/22/2005<br><br>**Amended and Restated Loan and Security Agreement. Accounts, Accounts Receivable and related collateral.**<br>Value $      0.00 | | | | 30,000,000.00 | 0.00 |
| Account No.<br><br>**U.S. Bancorp**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** | - | | **Lease #170128 - Minolta DI 650.**<br><br>Value $      0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**U.S. Bank Trust National Association**<br>**Corporate Trust Services**<br>**Attn: James E. Murphy**<br>**100 Wall Street, Suite 1600**<br>**New York, NY 10005** | - | | 7/22/2005<br><br>**Senior Secured Floating Rate Notes due in 2011. Substantially all of Debtor's personal property (except accounts, accounts receivable and related collateral and certain exempt property).**<br>Value $      0.00 | | | | 300,000,000.00 | 0.00 |

**0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | 330,000,000.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 330,000,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07)

In re    **InSight Health Services Corp.**                                          ,    Case No. ___07-10701___
                                   Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re    **InSight Health Services Corp.**                          ,    Case No. _**07-10701**_____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HG06252483** <br><br> **Acco Engineering Systems** <br> **c/o David J. Garthe, Esq.** <br> **Boornazian Jensen & Garthe** <br> **P.O. Box 12925** <br> **Oakland, CA 94604-2925** | | - | **2003** <br> **Litigation Matter** | X | X | X | 0.00 |
| Account No. **440290** <br><br> **AFCO Premium Acceptance, Inc.** <br> **655 N. Central Avenue** <br> **Suite 1550** <br> **Glendale, CA 91203** | | - | **2/10/2007** <br> **Insurance Premium Financing** | | | | 948,053.00 |
| Account No. **07CC03799** <br><br> **Karen Wijangco** <br> **c/o Joseph Lovretovich, Esq.** <br> **5850 Canoga Avenue** <br> **Woodland Hills, CA 91367** | | - | **3/31/2007** <br> **Wrongful Terminiation** | X | X | X | 0.00 |
| Account No. <br><br> **Law Debenture Trust Company of New York** <br> **Attn: Patrick Healy** <br> **400 Madison Avenue** <br> **4th Floor** <br> **New York, NY 10017** | X | - | **9 7/8% Senior Subordinated Notes Due 2011** <br><br> **\* Amount of claim does not include unpaid accrued interest, fees and expenses.** | | | | 194,500,000.00 |

|  | Subtotal <br> (Total of this page) | 195,448,053.00 |
|---|---|---|

__1__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          S/N:37313-070514   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **InSight Health Services Corp.**                                          ,  Case No. **07-10701**
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LC076667** <br><br> **Mary Jeffers** <br> **c/o John A. Roberts, Esq.** <br> **Ball, Ghaleb & Hulbert** <br> **20 N. Raymond Avenue, Ste 350** <br> **Pasadena, CA 91103** | - | | **5/17/2006** <br> **Medical Malpractice** | X | X | X | **0.00** |
| Account No. <br><br> **Michael A. Boylan** <br> **1005 Putters Place** <br> **Doylestown, PA 18901** | - | | **6/29/2006** <br> **Separation Agreement** | | | | **52,881.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1___ of __1___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **52,881.00**

Total (Report on Summary of Schedules)   **195,500,934.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6G
(10/05)

In re    **InSight Health Services Corp.**                                        Case No. **07-10701**
                                    Debtor                              ,

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of America, N.A.**<br>**233 South Wacker Drive**<br>**Suite 2800**<br>**Chicago, IL 60606** | **Interest Rate Cap Agreement** |
| **MCI WorldCom Communications, Inc.**<br>**500 Clinton Center Drive**<br>**Building 4, 4th Floor**<br>**Clinton, MS 39056** | **Service Agreement** |
| **Michael A. Boylan**<br>**1005 Putters Place**<br>**Doylestown, PA 18901** | **Separation Agreement** |
| **Michael A. Boylan**<br>**1005 Putters Place**<br>**Doylestown, PA 18901** | **Amended and Restated Indemnification Agreement** |
| **Michael S. Madler**<br>**9 Santa Isabel**<br>**Rancho Santa Margarita, CA 92688** | **Amended and Restated Indemnification Agreement** |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Insight Health Services Corp.**                                    Case No.   **07-10701**

                                    Debtor(s)

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### Attachment G

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| J.W. Childs Advisors II, L.P.<br>c/o J.W. Childs and Associates, L.P.<br>111 Huntington Avenue, Suite 2900<br>Boston, Massachusetts 02199 | Management Agreement |
| Halifax Genpar, L.P.<br>c/o The Halifax Group, L.L.C.<br>1133 Connecticut Avenue, Suite 700<br>Washington, DC 20036 | Management Agreement |
| InSight Health Services Holdings Corp.<br>26250 Enterprise Court, Suite 100<br>Lake Forest, CA 92630 | Management Agreement |
| Patricia R. Blank<br>22 Regalo<br>Mission Viejo, CA 92692 | Amended & Restated Indemnification Agreement |
| Michael W. Brown<br>24 Eaglepoint<br>Aliso Viejo, CA 92656 | Amended & Restated Indemnification Agreement |
| William E. Brewer<br>21 Santa Catrina<br>Rancho Santa Margarita, CA 92688 | Amended & Restated Indemnification Agreement |
| John P. Crow<br>28492 Rancho Cristiano<br>Laguna Niguel, CA 92677 | Amended & Restated Indemnification Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Amended & Restated Indemnification Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Management Incentive Plan |
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Executive Employment Agreement |
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Amended & Restated Indemnification Agreement |
| Louis E. Hallman, III<br>118 Brookdale Place<br>Solana Beach, CA 92075 | Management Incentive Plan |
| Donald F. Hankus<br>15292 Nantes Circle<br>Irvine, CA  92604 | Executive Employment Agreement |
| Donald F. Hankus<br>15292 Nantes Circle<br>Irvine, CA  92604 | Amended & Restated Indemnification Agreement |
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Executive Employment Agreement |

| | |
|---|---|
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Amended & Restated Indemnification Agreement |
| Mitch C. Hill<br>2 Slate Springs<br>Coto de Caza, CA 92679 | Management Incentive Plan |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Amended & Restated Indemnification Agreement |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Management Incentive Plan |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Amended & Restated Indemnification Agreement |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Management Incentive Plan |
| Kent E. Tuholsky<br>31 Talega<br>Rancho Santa Margarita, CA 92688 | Amended & Restated Indemnification Agreement |
| Kent E. Tuholsky<br>31 Talega<br>Rancho Santa Margarita, CA 92688 | Management Incentive Plan |
| Robert J. Armstrong<br>P.O. Box 4049<br>Big Bear Lake, CA 92315 | Amended & Restated Indemnification Agreement |
| Michael Cannizzaro<br>1531 South Telegraph Rd.<br>Lake Forest, IL 60045 | Amended & Restated Indemnification Agreement |
| Kenneth M. Doyle<br>8933 Holly Leaf Lane<br>Bethesda, MD  20817 | Amended & Restated Indemnification Agreement |
| David W. Dupree<br>3126 Ellicot Street, NW<br>Washington, DC  20008 | Amended & Restated Indemnification Agreement |
| Steven G. Segal<br>50 Wachusett Road<br>Chestnut Hill, MA  02467 | Amended & Restated Indemnification Agreement |
| Mark J. Tricolli<br>17 Milford Street, Apt. 2<br>Boston, MA 02118 | Amended & Restated Indemnification Agreement |
| Edward D. Yun<br>18 Trailside Road<br>Weston, MA  02493 | Amended & Restated Indemnification Agreement |
| T. Tony Motazed<br>9 Paloma Drive<br>Mission Viejo, CA 92692 | Indemnification Agreement |
| Darren Wight<br>28555 Las Arubas<br>Laguna Niguel, CA 92677 | Management Incentive Plan |
| Bryce Robinson<br>243 Knoll Lake<br>Mission Viejo, CA 92692 | Management Incentive Plan |
| Bryce Robinson<br>243 Knoll Lake<br>Mission Viejo, CA  92692 | Amended & Restated Indemnification Agreement |

| | |
|---|---|
| Steve Plochocki<br>17 Flagstone<br>Coto de Caza, CA  92679 | Amended & Restated Indemnification Agreement |
| Steve Plochocki<br>17 Flagstone<br>Coto de Caza, CA  92679 | Resignation Agreement and Mutual General Release |
| Michael S. Madler<br>9 Santa Isabel<br>Rancho Santa Margarita, CA  92688 | Resignation Agreement and Mutual General Release |
| Patricia R. Blank<br>22 Regalo<br>Mission Viejo, CA 92692 | Executive Employment Agreement |
| Michael W. Brown<br>24 Eaglepoint<br>Aliso Viejo, CA 92656 | Executive Employment Agreement |
| Brian G. Drazba<br>18 Nutcracker Lane<br>Aliso Viejo, CA 92656 | Executive Employment Agreement |
| Lynne Eastman<br>48 Summer Hill Court<br>Danville, CA 94526 | Executive Employment Agreement |
| Bret W. Jorgensen<br>P.O. Box 675926<br>Rancho Santa Fe, CA 92067 | Executive Employment Agreement |
| Marilyn U. MacNiven-Young<br>517 ½ Marigold<br>Corona del Mar, CA 92625 | Executive Employment Agreement |
| Bernie J. O'Rourke<br>240 Valley View Drive<br>Wallkill, NY 12589 | Executive Employment Agreement |
| Brian W. Woodbury<br>2017 Westbourne Way<br>Alpharetta, GA 30022 | Executive Employment Agreement |

In re   **Insight Health Services Corp.** _____    Case No. _____
                                                   Debtor(s)

## SCHEDULE H. CODEBTORS
### Attachment H

Comprehensive Medical Imaging-Bakersfield, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Fairfax, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Fremont, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-San Francisco, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging-Biltmore, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging Centers, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive Medical Imaging, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive OPEN MRI-Carmichael/Folsom, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Comprehensive OPEN MRI-East Mesa, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Comprehensive Open MRI-Garland, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Diagnostic Solutions Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

IMI of Arlington, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

IMI of Kansas City, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Health Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Health Services Holdings Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

InSight Imaging Services Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Jefferson MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Jefferson MRI-Bala
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Los Gatos Imaging Center
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services Corp.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services of Dallas, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Maxum Health Services of North Texas, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Mesa MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Mountain View MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

MRI Associates, L.P.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

NDDC, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

Open MRI, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Orange County Regional PET Center-Irvine, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Parkway Imaging Center, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Phoenix Regional PET Center-Thunderbird, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Radiosurgery Centers, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

San Fernando Valley Regional PET Center, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Signal Medical Services, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Syncor Diagnostics Bakersfield, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Syncor Diagnostics Sacramento, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

**CONTINUED SCHEDULE H**

TME Arizona, Inc.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Valencia MRI, LLC
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Wilkes-Barre Imaging, L.L.C.
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Woodbridge MRI
26250 Enterprise Ct.
Suite 100
Lake Forest, CA 92630-8405

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## District of Delaware

In re **InSight Health Services Corp.**

Debtor(s)

Case No.  **07-10701**

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Mitch C. Hill, the Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets *[total shown on summary page plus 3]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __May 29, 2007__

Signature  __/s/ Mitch C. Hill__

Mitch C. Hill
Executive Vice President and Chief Financial Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.