# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INSIGHT HEALTH SERVICES HOLDINGS CORP., et al., <br><br> Debtors | Chapter 11 <br> Case No. 07-10700 (BLS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of the Ad Hoc Subordinated Noteholders Committee of Insight Health Service Holdings Corp. (the "Committee") pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007; and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses and telephone/facsimile numbers set forth below:

Sunni P. Beville, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Phone: (617) 856-8200
Fax: (617) 856-8201
sbeville@brownrudnick.com

Howard L. Siegel, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
Cityplace I, 185 Asylum Street
Hartford, Connecticut 06103-3402
Phone: (860) 509-6519
Fax: (860) 509-6501
hsiegel@brownrudnick.com

Robert Stark, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
Phone: (212) 209-4862
General: (212) 209-4800
Fax: (212) 938-2862
rstark@brownrudnick.com

Steven K. Kortanek, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Phone: (302) 252-4363
Fax: (302) 252-661-7728
skortanek@wcsr.com

WCSR 3607884v1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED: June 5, 2007

/s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Phone: (302) 252-4363
Fax: (302) 661-7728
skortanek@wcsr.com

-and-

Robert Stark, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
Phone: 212-556-2302
Fax: 212-556-2222
rstark@brownrudnick.com

Howard L. Siegel, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
Cityplace I, 185 Asylum Street
Hartford, Connecticut 06103-3402
Phone: 860-509-6519
Fax: 860-509-6501
hsiegel@brownrudnick.com

Sunni P. Beville, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Phone: (617) 856-8200
Fax: (617) 856-8201
sbeville@brownrudnick.com

Counsel for the Ad Hoc Subordinated Noteholders Committee of Insight Health Services Holding Corp.